MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RODNEY C. VILLAZOR (NYBN 4003596)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, CA  94612
   Telephone: (510) 637-3689
   Fax: (510) 637-3724
   E-mail: rodney.villazor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00185 CW |
|     Plaintiff, ) | |
| v. ) | STIPULATION AND [P~~ROPOSED~~] ORDER TO EXCLUDE TIME |
| ERIC D. SMITH, ) | |
|     Defendant. ) | |

      The above-captioned matter is currently set on May 13, 2013 before U.S. District Chief Judge Claudia Wilken for a status conference.  The parties request that this Court exclude time under the Speedy Trial Act between April 1, 2013 and May 13, 2013.  The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      The government has produced discovery in the above-captioned case and will produce additional discovery in United States v. Eric D. Smith, 13-70301 MG, a separate

STIPULATION AND EXCLUSION OF TIME
CR 13-00185 CW

1

case involving the same defendant and same defense counsel.  Such continuance is required because defense counsel needs time to research legal and factual issues for both cases.  Additionally, defense counsel is unavailable for a period of time in April 2013.  This continuance will allow the reasonable time necessary for effective preparation and for continuity of counsel taking into account the exercise of due diligence.

As such, the parties respectfully request that the time between April 1, 2013 and May 13, 2013 be excluded under U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED:  April 2, 2013                    Respectfully submitted,

                                                     MELINDA HAAG
                                                   United States Attorney

                                                     /s/
                                                 RODNEY C. VILLAZOR
                                                 Assistant United States Attorney

                                                     /s/
                                                 ANGELA HANSEN
                                                 Attorney for Eric D. Smith

### ORDER

Based on the reason provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties and for continuity of counsel, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.  Based on these findings, IT IS HEREBY ORDERED THAT the hearing is continued until May 13, 2013 at 2:00 p.m. before the District Court, and time is excluded until May 13, 2013.

**IT IS SO ORDERED.**

DATED: 4/1/13

                                                 KANDIS A. WESTMORE
                                               United States Magistrate Judge