IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC DEMETRIUS SMITH,<br><br>    Defendant.<br>_____/ | No. CR 13-00185 CW<br><br>ORDER ON NOTICE OF<br>RELATED CASES |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ERIC DEMETRIUS SMITH AND<br>SAMANTHA E. LEWIS,<br><br>    Defendants.<br>_____/ | No. CR 13-00315 YGR |

    The United States has filed a notice of related cases in these cases.  The Court finds that, in their present posture, these cases are not related within the meaning of the rule.  However, if Defendant Smith reached a negotiated global disposition of both matters, his case could be severed from Defendant Lewis', and this Court would relate the two cases against Defendant Smith for plea and sentence.  Alternatively, if both Defendants were prepared to agree to negotiated dispositions, this Court would relate the cases.

Dated: 5/23/2013

CLAUDIA WILKEN
United States District Judge

cc: YGR